UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

T.C., an infant, by his mother and natural guardian,
NATASHA CRAWFORD,

                                      Plaintiff,

                  -against-

THE CITY OF NEW YORK, GREGORY HILL,
DEVORNE BARKER, and KEVIN DICKENS,

                                    Defendants.

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL OF ATTORNEY'S COSTS AND FEES**

11CV4716 (KAM) (RLM)

------------------------------------------------------------------------ x

**WHEREAS**, plaintiff commenced this action by filing a complaint on or about September 28, 2011, alleging violations of his constitutional rights; and

**WHEREAS**, defendants have denied and continue to deny any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, pursuant to the Rule 68 Offer of Judgment dated March 22, 2012, plaintiff assigned his right to attorneys' fees, costs, and expenses to his counsel; and

**WHEREAS**, counsel for defendants and counsel for plaintiff now desire to resolve the issue of attorneys' fees, costs, and expenses without further proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

        1.        Defendant City of New York shall pay to plaintiff's counsel, Reibman & Weiner, the sum total of Seven Thousand Five Hundred Dollars ($7,500.00) in full satisfaction of plaintiff's attorneys' fees, expenses, and costs. Counsel for plaintiff hereby agrees and

represents that no other claims for attorneys' fees, costs, or expenses arising out of this action shall be made by or on behalf of plaintiff in any application for attorneys' fees, costs, or expenses at any time.

2. In consideration of the payment of Seven Thousand Five Hundred Dollars ($7,500.00) by the City of New York, counsel for plaintiff does hereby release and discharge the defendants, City of New York, Gregory Hill, Devorne Barker, and Kevin Dickens; their successors or assigns; and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, from any and all claims of attorneys' fees, expenses and costs which were or could have been alleged in the aforementioned action.

3. Nothing contained herein shall be construed to be an admission of liability by any defendants or the City of New York, nor an admission that any of the allegations made by plaintiff are true or that defendants in any way violated any rights guaranteed to plaintiff by any constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, the City of New York, or any other rules, regulations or bylaws of any department or subdivision of the City of New York.

4. This Stipulation and Order contains all the terms and conditions agreed upon by the counsel for defendant and counsel for plaintiff hereto, and no oral agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of Attorneys' fees, costs, or expenses shall be deemed to exist or to vary the terms and conditions contained herein.

Dated:  New York, New York
        April 20, 2012

Michael B. Lumer, Esq.
REIBMAN & WEINER
*Attorney for plaintiff*
26 Court Street, Suite 1808
Brooklyn, New York 11242

By: _____
    Michael B. Lumer, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for Defendants* 100 Church Street, Rm. 3-201
New York, New York 10007
(212) 788-1273

By: _____
    Andrew Lucas
    Assistant Corporation Counsel

SO ORDERED:

_____
HONORABLE ~~KIYO MATSUMOTO~~ Roanne L. Mann
UNITED STATES ~~DISTRICT~~ JUDGE
              Magistrate

3